UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:14-CR-66-DBH |
| | ) | |
| STACEY A. BACKMAN, | ) | |
| DEFENDANT | ) | |

## ORDER ON REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE

I commend the defendant, Ms. Backman, on her attitude and her positive steps to date, both in prison and on supervised release. Given the amount of outstanding restitution, however, I conclude that it is premature to terminate supervised release at this date. The request is therefore **DENIED**.

**SO ORDERED.**

**DATED THIS 1ST DAY OF AUGUST, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**