# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:14-CR-66-DBH |
| STACEY A. BACKMAN, | ) |
| DEFENDANT | ) |

## ORDER ON REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE

As I said almost a year ago, I commend the defendant, Ms. Backman, on her attitude and her positive steps to date, both in prison and on supervised release. Order on Request for Early Termination (ECF No. 27). But given the amount of restitution Ms. Backman still owes, see Gov't's Resp. 1 (ECF No. 29), I conclude again that it is premature to terminate supervised release. I am also doubtful that permission to travel is a major encumbrance. The defendant should consult with her supervising officer on whether she can have some measure of advance permission to travel to her son's college campus in Massachusetts while he is in attendance there. The request for early termination is therefore **DENIED**.

SO ORDERED.

DATED THIS 25TH DAY OF JUNE, 2018

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**